**Opinion issued February 23, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00019-CV**

———————————

**HARLAND COLT WOOLARD, Appellant**

**V.**

**JESSICA LOUISE WOOLARD, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-61149**

---

**MEMORANDUM OPINION**

Appellant, Harland Colt Woolard, filed a notice of appeal from the trial court's October 15, 2022 Final Protective Order. On February 8, 2023, appellant filed a motion to dismiss the appeal, stating that on "January 17, 2023 the [trial court] granted a new trial," which was "held on January 31, 2023." At the conclusion of

the new trial, the trial court "dismissed the Final Order in the underlying case," and therefore, "there no longer exists a reason to pursue the instant appeal." Appellant requests that the Court dismiss the appeal as moot.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating that appellant conferred, or made a reasonable attempt to confer, with appellee, Jessica Louise Woolard, regarding the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.